WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR6*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-AR6,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00273-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF No. 9-11]**<br><br>**[First Request]**<br><br>ECF No. 17 |

Plaintiff, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR6 ("U.S. Bank Trustee") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company and Ticor Title of Nevada, Inc. (collectively the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 18, 2021, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-829687-C [ECF No. 1-1];
2. On February 18, 2021, Chicago Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];

3. On March 18, 2021, Defendants filed their Motions to Dismiss [ECF No. 9-11];

4. U.S. Bank Trustee's deadline to respond to Defendants' Motion to Dismiss is currently April 1, 2021;

5. U.S. Bank Trustee's counsel is requesting an extension until Tuesday, May 4, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow counsel for U.S. Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions;

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 31st day of March, 2021.                   DATED this 31st day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                                              */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                                         Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                              Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                              16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                                Encino, California 91436
*Attorneys for Plaintiff, U.S. Bank National*             *Attorney for Defendants, Fidelity National*
*Association, as Trustee for Greenpoint*                 *Title Group, Inc., Chicago Title Insurance*
*Mortgage Funding Trust Mortgage Pass-*              *Company and Ticor Title of Nevada, Inc.*
*Through Certificates, Series 2006-AR6*

**IT IS SO ORDERED.**

Dated this  1st  day of April, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE