Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-AR6,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00273-JAD-NJK<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS [ECF No. 14]**<br><br>**(Second Request)**<br><br>[ECF No. 26] |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

603205.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank National Association ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 18, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-829687-C [ECF No. 1-1];
2. On February 18, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On March 22, 2021, U.S. Bank filed a Motion for Remand and Motion for Costs and Fees [ECF No. 14];
4. Chicago Title's original deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees was April 5, 2021;
5. The Court previously granted Chicago Title's request to extend the deadline to respond to U.S. Bank's Motion for Remand and Motion for Fees and Costs to April 26, 2021 [ECF No. 21];
6. Chicago Title's counsel is requesting an additional extension until May 19, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests another extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;
8. U.S. Bank does not oppose the requested extension;
9. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

603205.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees [ECF No. 14] is hereby extended through and including May 19, 2021.

Dated:  April 23, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By:  /s/-- *Sophia S. Lau*
    SCOTT E. GIZER
    SOPHIA S. LAU
    Attorneys for Defendant CHICAGO TITLE
    INSURANCE COMPANY

Dated:  April 23, 2021

SINCLAIR BRAUN LLP

By:  /s/-*Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendant CHICAGO TITLE
    INSURANCE COMPANY

Dated:  April 23, 2021

WRIGHT FINLAY & ZAK, LLP

By:  /s/-*Lindsay D. Robbins*
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff U.S. BANK
    NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: April 26, 2021

By: _____
UNITED STATES DISTRICT COURT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

603205.1