Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-AR6,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00273-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO RENEWED MOTION FOR REMAND [ECF No. 31]**<br><br>**(First Request)**<br><br>ECF No. 32 |



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

656962.1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO RENEWED MOTION FOR REMAND

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 18, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-829687-C [ECF No. 1-1];

2. On February 18, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On March 22, 2021, U.S. Bank filed a Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 14];

4. On May 11, 2021, the Court entered an order, pursuant to the Parties' stipulation, staying the case pending resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.* Ninth Cir. Case No. 19-17332 (the "*Wells Fargo II Appeal*").  Upon entry of the stay the Court terminated all active motions.  The Court further ordered that the Parties move to lift he stay, reopen the case, and reactivate any previously filed motions within 30 days of issuance of the mandate in the *Wells Fargo II Appeal* [ECF No. 29];

5. On December 29, 2021, U.S. Bank filed a Renewed Motion for Remand [ECF No. 31];

6. Chicago Title's deadline to respond to U.S. Bank's Renewed Motion for Remand is currently January 12, 2022;

7. Chicago Title's counsel is requesting an extension until February 14, 2022, to file its response to the pending Renewed Motion for Remand;

8. Chicago Title requests a brief extension of time to respond to the Motion for Remand to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motion;

9. U.S. Bank does not oppose the requested extension;

10. This is the first request for an extension which is made in good faith and not for purposes of delay;



1    **IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion

2  for Remand [ECF No. 31] is hereby extended through and including February 14, 2022.

3

4  Dated:  January 10, 2022                    EARLY SULLIVAN WRIGHT
                                                 GIZER & McRAE LLP
5
                                               By: _/s/-- Sophia S. Lau_____
6                                                  SCOTT E. GIZER
                                                   SOPHIA S. LAU
7                                                  Attorneys for Defendant CHICAGO TITLE
                                                   INSURANCE COMPANY
8

9  Dated:  January 10, 2022                    SINCLAIR BRAUN LLP

10                                              By: _/s/-Kevin S. Sinclair_____
                                                   KEVIN S. SINCLAIR
11                                                 Attorneys for Defendant CHICAGO TITLE
                                                   INSURANCE COMPANY
12

13  Dated:  January 10, 2022                   WRIGHT FINLAY & ZAK, LLP

14                                              By: _/s/-Lindsay D. Dragon_____
                                                   LINDSAY D. DRAGON
15                                                 Attorneys for Plaintiff U.S. BANK
                                                   NATIONAL ASSOCIATION
16

17  **IT IS SO ORDERED:**

18

19
    Dated:___1-12-2022_____      By:_____
20                                             UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

